NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BIG BABOON, INC.,**
*Plaintiff-Appellant*

**v.**

**SAP AMERICA, INC., HP INC.,**
*Defendants-Appellees*

---

2019-1928

---

Appeal from the United States District Court for the Northern District of California in No. 4:17-cv-02082-HSG, Judge Haywood S. Gilliam, Jr.

---

## JUDGMENT

---

LANCE REICH, Kolesar & Leatham, Las Vegas, NV, argued for plaintiff-appellant.

J. CHRISTOPHER CARRAWAY, Klarquist Sparkman, LLP, Portland, OR, argued for defendants-appellees. Also represented by KLAUS H. HAMM.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, O'MALLEY, and REYNA, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 2, 2020          /s/ Peter R. Marksteiner
      Date                      Peter R. Marksteiner
                                Clerk of Court